**Dismissed and Memorandum Opinion filed March 17, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00131-CR

## LEXTER KENNON KOSSIE, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 679887**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal of the denial of appellant's motion for appointment of counsel to prepare an application for writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure.

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Appellant's conviction

for aggravated robbery was affirmed in 1997. *See Kossie v. State*, No. 14-94-01171-CR; 1997 WL 109996 (Tex. App.—Houston [14th Dist.] Mar. 13, 1997, no pet.) (not designated for publication).

The denial of a motion for appointment of counsel to pursue a writ of habeas corpus is not a separately appealable order. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).